## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

DISCOVERORG DATA LLC.,                    CASE NUMBER:  C19-5508RBL

    Plaintiff,

    v.                                        JUDGMENT IN A CIVIL CASE

NDIVISION SERVICES INC.,

    Defendant.

_____ Jury Verdict. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [10] is GRANTED and this case is DISMISSED without prejudice to re-file in the proper forum (presumably Texas).

____October 8, 2019____                   WILLIAM M. McCOOL_____
                                          CLERK

                                          _____
                                          Deputy Clerk